IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STELLA HILLS**                                                                                                   **PLAINTIFF**
**ADC #704612**

v.                                    CASE NO. 1:15CV00006 BSM

**ARKANSAS, STATE OF et al.**                                                          **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's claims against the State of Arkansas are dismissed with prejudice, and the State of Arkansas is removed as a party defendant.

IT IS SO ORDERED this 13th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE