IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

STELLA HILLS                                                                                       PLAINTIFF
ADC #704612

V.                                       NO: 1:15CV00006 BSM/JWC

ARKANSAS, STATE OF *et al.*                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Stella Hills, a former inmate at the Arkansas Department of Correction's McPherson Unit, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on January 12, 2015. On March 26, 2015, after mail sent to Plaintiff's address of record was returned as undeliverable, the Court entered an order directing her to file a notice of her new address (docket entry #14). That same order

warned Plaintiff that her failure to comply within 30 days would result in the recommended dismissal of her complaint. More than 30 days have passed, and Plaintiff has not updated her address or otherwise responded to the order. Mail sent to Plaintiff's address of record continues to be returned as undeliverable (docket entries #15 & #20). A check of the Arkansas Department of Correction and Federal Bureau of Prisons revealed no matches for Plaintiff. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE