IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STELLA HILLS**     **PLAINTIFF**
**ADC #704612**

v.     **CASE NO: 1:15CV00006 BSM**

**STATE OF ARKANSAS, et al.**     **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the court's order.

2. All pending motions are denied as moot.

3. It is further certified that an *in forma pauperis* appeal taken from the order is considered frivolous and not in good faith.

DATED this 27th day of May 2015.

                                       _/s/ Brian S. Miller_
                                       UNITED STATES DISTRICT JUDGE